USCA1 Opinion

 

 [NOT FOR PUBLICATION--NOT TO BE CITED AS PRECEDENT] United States Court of Appeals For the First Circuit  No. 98-1463 IN RE: GRAND JURY,  Petitioner. APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Douglas P. Woodlock, U.S. District Judge] Before Torruella, Chief Judge, Coffin, Senior Circuit Judge, and Stahl, Circuit Judge.   William J. Murphy on brief for petitioner. Donald K. Stern, United States Attorney, Emily R. Schulman,Assistant U.S. Attorney, and Patrick M. Hamilton, Assistant U.S.Attorney, on brief for appellee.May 26, 1998   Per Curiam. Upon careful review of the briefs and record, we conclude that, even if the district court might better have allowed the witness some additional notice or preparation time before the contempt hearing, any such procedural deficiency was harmless error.  The witness now asserts that, given the opportunity, she would claim that her refusal to testify is justified by a suspicion of illegal electronic surveillance. In response, the government has presented affidavits sufficient to deny that the grand jury inquiry was based on any such illegal activity. SeeIn re Tse, 748 F.2d 722, 727-28 (1st Cir. 1984); In re Quinn, 525 F.2d 222, 225 (1st Cir. 1975). Therefore, we conclude that further proceedings to explore such a claim would be futile. In spite of the witness's request, we do not have authority in these circumstances to direct the location or conditions of her confinement.  Affirmed. See 1st Cir. Loc. R. 27.1.